CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

AMANI S. FLOYD (CABN 301506)
ANNE C. HSIEH (CABN 288159)
Assistant United States Attorneys

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5596
FAX: (408) 535-5066
Amani.Floyd@usdoj.gov
Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAXIMINO SOLORIO SANCHEZ, et al.,<br><br>Defendants. | CASE NO. CR-24-019-PCP<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING AMENDED PRETRIAL SCHEDULE |

Trial in this matter is set for January 25, 2027. On April 10, 2026, the Court issued a Pretrial Order, setting dates and pretrial notice/disclosure deadlines. *See* Dkt. 540. The pretrial schedule was negotiated between the parties and submitted to the Court as a stipulation and proposed order. *See* Dkt. 528.

After meeting and conferring, the parties respectfully ask the Court to amend the current pretrial schedule. Trial has been set in another matter for both government counsel for December 1, 2026, and the pretrial schedule in that case is in direct conflict with the pretrial schedule in this case. Additionally, the parties would benefit from additional time to resolve several cases in this matter prior to the start of pretrial notice/disclosure deadlines so that it is clearer which defendants may be proceeding to trial in

January 2027. To that end, the parties submit the following proposed amended pretrial schedule:

| **EVENT** | **DATE** |
|---|---|
| Deadline for government's disclosure of proposed Rule 404(b) material, co-conspirator statements, and government experts | August 14, 2026 |
| Deadline for defendants' Fed. R. Crim. P. 16 disclosures, including expert disclosures<br><br>Deadline for defendants' Fed. R. Crim. P. 12.1 and 12.2 notices | September 14, 2026 |
| Deadline for government to provide defendants transcripts of conversations or statements to be shown to the jury and Jencks Act disclosures<br><br>Exchange of preliminary witness and exhibit lists | October 7, 2026 |
| Filing of pretrial motions, including:<br>Motions *in limine*<br>Motions to exclude co-conspirator statements<br>*Daubert* motions or other motions directed at expert testimony<br>Motions to exclude or include Rule 404(b) acts<br>Motions directed at the accuracy of translations or transcripts of recordings to be shown to the jury | October 21, 2026 |
| Filing of oppositions to pretrial motions, including oppositions to motions *in limine* and *Daubert* motions | November 18, 2026 |
| Filing of:<br>Joint pretrial conference statement<br>Joint proposed jury instructions<br>Joint proposed case-specific questions for juror questionnaire<br>Statement of the case<br>Stipulations<br>Witness lists<br>Exhibit lists and objections<br>Trial memorandum<br>Government's proposed verdict form | December 16, 2026 |
| Disclosure of confidential witness names | December 23, 2026 |
| **Pretrial Conference** | **January 6, 2026** |
| Filing of final exhibit and witness lists | January 18, 2027 |
| Exchange of opening statement demonstratives | January 24, 2027 |
| **Jury Trial** | **January 25, 2027** |

**IT IS SO STIPULATED.**

DATED: July 22, 2026

/s/
AMANI S. FLOYD
ANNE C. HSIEH
Assistant United States Attorneys

DATED: July 22, 2026

/s/
HANNAH LABAREE
Counsel for Defendant MAXIMINO SOLORIO SANCHEZ

/s/
NICHOLAS F. REYES
Counsel for Defendant LUCIANO MALDONADO GONZALEZ

/s/
KAREN MCCONVILLE
Counsel for Defendant JUAN CARLOS RIVERA GASPAR

/s/
JERRY Y. FONG
Counsel for Defendant PABLO VALVERDE URTAHDO

/s/
CARLEEN R. ARLIDGE
Counsel for Defendant FERNANDO DIAZ REYES

/s/
BRUCE FUNK
Counsel for Defendant FRANCISCO SALGADO HERNANDEZ

/s/
RUBEN MUÑOZ
Counsel for Defendant CARLOS AGUIRRE RIVERA

/s/
AARON J. SHNIDER
Counsel for Defendant MANUEL CRUZ RAMIREZ

/s/
JAMES THOMSON
Counsel for Defendant HUVER VARGAS LOPEZ

/s/
MATTHEW DIRKES
Counsel for Defendant DARIO AVILA GUZMAN

/s/
GAIL SHIFMAN
Counsel for Defendant ISMAEL MIRANDA

/s/
ROBERT WAGGENER
Counsel for Defendant SILVANO MEDINA GUTIERREZ

/s/
ERIK BABCOCK
Counsel for Defendant JULIO LABRADO

**IT IS SO ORDERED.**

DATED: July 22, 2026

HON. P. CASEY PITTS
United States District Judge